# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 15-5199**                            **September Term, 2015**

**1:13-cv-02007-RDM**

**Filed On: April 1, 2016** [1606722]

United States Association of Reptile
Keepers, Inc., et al.,

        Appellees

     v.

Sally Jewell, The Honorable, in her official
capacity as the Secretary of the Interior and
United States Fish and Wildlife Service,

        Appellants

Humane Society of the United States and
Center for Biological Diversity,

        Appellees

    **BEFORE:**    Circuit Judges Tatel, Srinivasan, and Wilkins

### <u>COURTROOM MINUTES OF ORAL ARGUMENT</u>

PROCLAMATION BEING MADE, the Court opened on April 1, 2016 at 10:46 a.m. The
cause was heard as case No. 3 of 3 and argued before the Court by:

    Emily Polachek (DOJ), counsel for Appellants.

    David E. Frulla, counsel for Appellee US Ass'n of Reptile Keepers.

                           **FOR THE COURT:**
                           Mark J. Langer, Clerk

          BY:    /s/
                  Shana E. Thurman
                  Deputy Clerk