United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 15-5199** **September Term, 2016**
FILED ON: APRIL 7, 2017

UNITED STATES ASSOCIATION OF REPTILE KEEPERS, INC., ET AL.,
APPELLEES

v.

RYAN ZINKE, THE HONORABLE, IN HIS OFFICIAL CAPACITY AS THE SECRETARY OF THE INTERIOR AND UNITED STATES FISH AND WILDLIFE SERVICE,
APPELLANTS

HUMANE SOCIETY OF THE UNITED STATES AND CENTER FOR BIOLOGICAL DIVERSITY,
APPELLEES

Appeal from the United States District Court
for the District of Columbia
(No. 1:13-cv-02007)

Before: TATEL, SRINIVASAN, and WILKINS, *Circuit Judges*

# JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby affirmed, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/

Ken Meadows
Deputy Clerk

Date: April 7, 2017

Opinion for the court filed by Circuit Judge Srinivasan.